THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN R. ERGLER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ETHICON ENDO-SURGERY, LLC, a Puerto Rico limited liability company,<br><br>　　　　　　Defendant. | CASE NO. C19-5608-JCC<br><br>ORDER |

　　　　This matter comes before the Court on counsel for Plaintiff's unopposed petition for an order appointing a litigation guardian ad litem (GAL) (Dkt. No. 39). Counsel brings the petition due to the effects of Plaintiff's traumatic brain injury. (*See generally* Dkt. No. 39.) Plaintiff's stepmother, Denise Ergler, has agreed to serve as GAL, and Plaintiff consents. (Dkt. No. 41.) Having thoroughly considered the motion and the relevant record, the Court finds the appointment of a GAL appropriate to adequately protect Plaintiff's interests in this case and finds Denise Ergler to be a suitable GAL. Accordingly, the Court GRANTS the motion (Dkt. No. 39) and APPOINTS Denise Ergler to serve as Plaintiff's GAL.

//

//

//

ORDER
C19-5608-JCC
PAGE - 1

1 | DATED this 16th day of September 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-5608-JCC
PAGE - 2