THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN R. ERGLER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ETHICON ENDO-SURGERY, LLC, a Puerto Rico limited liability company,<br><br>    Defendant. | CASE NO. C19-5608-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for expert witness disclosures (Dkt. No. 43). For good cause shown, the Court GRANTS the motion and ORDERS that the deadline for expert witness disclosures is extended until November 9, 2020. All other dates on the case schedule remain unchanged.

DATED this 28th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-5608-JCC
PAGE - 1