THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN R. ERGLER, an individual, | CASE NO. C19-5608-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ETHICON ENDO-SURGERY, LLC, a Puerto Rico limited liability company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' Stipulated Motion to Amend Minute Order Setting Trial Date & Pretrial Dates (Dkt. No. 45). For good cause shown, the Court GRANTS the motion and ORDERS that the deadline for expert witness disclosures is extended until November 16, 2020. All other dates on the case schedule remain unchanged.

DATED this 6th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk