THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN R. ERGLER, an individual, | CASE NO. C19-5608-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ETHICON ENDO-SURGERY, LLC, a Puerto Rico limited liability company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for taking depositions (Dkt. No. 47.) Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion. The parties' deadline for taking depositions is extended to February 12, 2021. All other deadlines and the trial date remain in place.

DATED this 10th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C19-5608-JCC
PAGE - 1