THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN R. ERGLER, an individual, | CASE NO. C19-5608-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ETHICON ENDO-SURGERY, LLC, a Puerto Rico limited liability company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a one-week extension of the dispositive motions deadline to allow the parties necessary time to finalize an agreement that will result in dismissal of this case. (Dkt. No. 49.) Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion. The parties' deadline for filing dispositive motions is extended to January 28, 2021. All other deadlines and the trial date remain in place.

//

//

//

DATED this 21st day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk