THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN R. ERGLER, an individual, | CASE NO. C19-5608-JCC |
| Plaintiff, | ORDER |
| v. | |
| ETHICON ENDO-SURGERY, LLC, a Puerto Rico limited liability company, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Unopposed Petition for Appointment of Settlement Guardian ad Litem (Dkt. No. 51). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that John R. Wilson is appointed to serve as Settlement Guardian ad Litem in this matter.

DATED this 16th day of February 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-5608-JCC
PAGE - 1