THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN R. ERGLER, an individual, | CASE NO. C19-5608-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ETHICON ENDO-SURGERY, LLC, a Puerto Rico limited liability company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff advised the Court that on February 4, 2021, the parties executed a conditional settlement agreement fully resolving Plaintiff's claims. (Dkt. No. 51 at 1–2.) The settlement agreement is conditional on Court approval because in Washington, such approval is required for settlements on behalf of incapacitated adults. (*Id.*) On February 16, 2021, the Court granted Plaintiff's unopposed motion to appoint a settlement guardian ad litem (SGAL) to investigate and report to the Court regarding the adequacy of the proposed settlement. (Dkt. No. 52.) In light of the proposed settlement and the appointment of the SGAL, the Court STRIKES the trial date and all pretrial deadlines.

//

DATED this 18th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
